HAYMAN DEFRIN, an Infant, by MAX DEFRIN, His Guardian ad Litem, Respondent, *v.* JOSEPH H. GOLDSTEIN, Appellant.

*Defrin v. Goldstein,* 129 App. Div. 895, affirmed.
(Submitted January 7, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1908, affirming a judgment in favor of plaintiff and an order denying a motion for a new trial in an action by an employee to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*E. Clyde Sherwood* and *Frank V. Johnson* for appellant.

*Clinton B. Taylor* and *Eugene I. Yuells,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting: WERNER, J., on the grounds, first, that the plaintiff has failed to make out his charge of negligence against defendant, and, second, that the Employers' Liability Act is entirely insufficient. Absent: EDWARD T. BARTLETT, J.